IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MOHAWK SERVICING, INC,

    Plaintiff

vs.                                 Civil Action No. 2:08-CV-0699

PRIZANT'S, LLC, MARK D. SCIOSCIA
and ROBERT LANG, Personal Guarantors,

    Defendants

## ORDER OF COURT

AND NOW this **4th** day of **Aug**, 2008, the Clerk is directed to mark this action dismissed without prejudice as to Defendant Robert Lang.

BY THE COURT:

_____
United States District Judge